This Product Contains Sensitive Taxpayer Data

# Account Transcript

```
                                                              Request Date:     09-23-2024
                                                              Response Date:    09-23-2024
                                                              Tracking Number:  106618379115

FORM NUMBER:         941
TAX PERIOD:          Jun. 30, 2020


TAXPAYER IDENTIFICATION NUMBER: XX-XXX6289

SOLS GROU IN
SOLS
% ERI CAM REC
640 S
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                     $81,101.29
ACCRUED INTEREST:                    $18,303.18    AS OF: Oct. 07, 2024
ACCRUED PENALTY:                     $15,971.75    AS OF: Jul. 31, 2020


ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):      $115,376.22


            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TAX PER TAXPAYER:                   $110,323.85


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jul. 31, 2020
PROCESSED DATE                                              Mar. 08, 2021
```

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 202107 | 03-08-2021 | $110,323.85 |
| n/a | 29141-282-17637-0 | | | |
| 650 | Federal tax deposit | | 09-01-2020 | -$15,233.82 |
| 650 | Federal tax deposit | | 09-01-2020 | -$19,034.10 |
| 599 | Tax return secured | | 10-29-2020 | $0.00 |
| 960 | Appointed representative | | 12-04-2020 | $0.00 |
| 276 | Penalty for late payment of tax | | 03-08-2021 | $3,384.92 |
| 196 | Interest charged for late payment | 202107 | 03-08-2021 | $1,476.44 |
| 976 | Duplicate return filed | | 10-07-2020 | $0.00 |
| n/a | 29141-014-46072-1 | | | |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-21-2021 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-30-2021 | $0.00 |
| 360 | Fees and other expenses for collection | | 05-24-2021 | $184.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-04-2021 | $0.00 |
| 290 | Additional tax assessed | 202125 | 07-12-2021 | $0.00 |
| n/a | 17154-574-15261-1 | | | |
| 480 | Received offer in compromise | | 01-12-2021 | $0.00 |
| 482 | Withdrawn offer in compromise | | 09-21-2021 | $0.00 |
| 971 | First Levy Issued on Module | | 10-18-2021 | $0.00 |
| 480 | Received offer in compromise | | 08-08-2022 | $0.00 |
| 481 | Offer in Compromise rejected or returned | | 05-11-2023 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 02-10-2023 | $0.00 |
| 960 | Appointed representative | | 10-10-2023 | $0.00 |

Exhibit 1

This Product Contains Sensitive Taxpayer Data