This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 09-23-2024
Response Date: 09-23-2024
Tracking Number: 106618379133

FORM NUMBER: 941
TAX PERIOD: Sep. 30, 2021

TAXPAYER IDENTIFICATION NUMBER: XX-XXX6289

SOLS GROU IN
SOLS
% ERI CAM REC
640 S

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:             $35,042.83
ACCRUED INTEREST:             $3,632.97  AS OF: Oct. 07, 2024
ACCRUED PENALTY:                  $0.00  AS OF: Oct. 31, 2021

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):  $38,675.80

** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TAX PER TAXPAYER:           $153,884.89

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Dec. 15, 2021
PROCESSED DATE                                               Feb. 07, 2022

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 202203 | 02-07-2022 | $153,884.89 |
| n/a | 29141-003-00261-2 | | | |
| 960 | Appointed representative | | 03-08-2021 | $0.00 |
| 650 | Federal tax deposit | | 07-28-2021 | -$26,885.41 |
| 650 | Federal tax deposit | | 08-11-2021 | -$24,161.31 |
| 650 | Federal tax deposit | | 08-30-2021 | -$25,339.92 |
| 650 | Federal tax deposit | | 09-13-2021 | -$25,306.53 |
| 650 | Federal tax deposit | | 10-04-2021 | -$29,380.26 |
| 650 | Federal tax deposit | | 10-22-2021 | -$26,752.86 |
| 180 | Federal tax deposit penalty | 202213 | 04-18-2022 | $4,760.13 |
| 290 | Additional tax assessed | 202213 | 04-18-2022 | $0.00 |
| n/a | 85154-488-15375-2 | | | |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-05-2022 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-13-2022 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-17-2022 | $0.00 |
| 480 | Received offer in compromise | | 08-08-2022 | $0.00 |
| 481 | Offer in Compromise rejected or returned | | 05-11-2023 | $0.00 |
| 652 | Removed federal tax deposit 941 202112 | | 10-22-2021 | $26,752.86 |
| 166 | Penalty for filing tax return after the due date | 202324 | 07-03-2023 | $2,053.03 |
| 276 | Penalty for late payment of tax | | 07-03-2023 | $3,992.00 |
| 196 | Interest charged for late payment | 202324 | 07-03-2023 | $2,566.78 |
| 520 | Bankruptcy or other legal action filed | | 02-10-2023 | $0.00 |
| 277 | Reduced or removed penalty for late payment of tax | | 07-24-2023 | -$1,140.57 |
| 971 | Amended tax return or claim forwarded for processing | | 06-12-2023 | $0.00 |

Exhibit 6

| | | | | | |
|---|---|---|---|---|---|
| 976 | Duplicate return filed | | | 06-12-2023 | $0.00 |
| n/a | 83977-617-05342-3 | | | | |
| 960 | Appointed representative | | | 10-10-2023 | $0.00 |
| 290 | Disallowed claim | | 202428 | 07-29-2024 | $0.00 |
| n/a | 17154-591-98185-4 | | | | |

```
This Product Contains Sensitive Taxpayer Data
```