IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RECEIVERSHIP ESTATE OF SOLSTICE GROUP, INC. AND SOLSTICE HOLDINGS, INC. C/O TURNING POINTE, LLC, RECEIVER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:24-cv-01522-JHC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME ON INITIAL SCHEDULING DATES** |

Upon consideration of the Joint Motion for Extension of Time on Initial Scheduling Dates, Dkt. # 11, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

///

///

///

///

Order Granting Joint Motion for Extension of Time on Initial Scheduling Dates
(Case No. 2:24-cv-01522-JHC)

1

IT IS FURTHER ORDERED that the Initial Scheduling Dates are extended by 60 days as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 03/03/2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(a): | 03/17/2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 03/21/2025 |

However, should the United States file a motion to dismiss the complaint instead of an answer, then these dates are continued until 30 days after a ruling by this Court on any such motion.

Dated this 20th day of December, 2024.

　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE